IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY ROBERT AVILA,                              1:09-cv-00948 YNP (DLB) (HC)

        Petitioner,                              ORDER GRANTING MOTION
                                                 TO PROCEED IN FORMA PAUPERIS
    vs.
                                                 (DOCUMENT #5)
DERRAL G. ADAMS, Warden,

        Respondent.
_____/

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

28 U.S.C. § 2254.

    Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

prison trust account statement.   Examination of these documents reveals that petitioner is unable to

afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

See 28 U.S.C. § 1915.


    IT IS SO ORDERED.

    **Dated:**   **June 17, 2009**                      **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE